UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

| | |
|---|---|
| SEUI CAVAN, | Civil No. 18-2568 (JRT/DTS) |
| Petitioner, | |
| v. | ORDER |
| S.I.S. WEBER, et al., | |
| Respondents. | |

---

Seui Cavan, Reg. No. 08947-030, MCFP Springfield, Federal Medical Center, P.O. Box 4000, Springfield, MO 65801-4000, *pro se* petitioner.

Andrew Tweeten, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE**, District of Minnesota, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, for respondent S.I.S. Weber.

United States Magistrate Judge David T. Schultz issued a Report and Recommendation dated June 29, 2021. No objections have been filed to that Report and Recommendation in the time period permitted. The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Defendant Weber's Motion for Summary Judgment [Docket No. 163] is **GRANTED**.

2. Plaintiff Cavan's Motion for Summary Judgment [Docket No. 171] is **DENIED**.

Dated: July 20, 2021
at Minneapolis, Minnesota

                                                             s/John R. Tunheim
                                                             JOHN R. TUNHEIM
                                                             Chief Judge
                                                             United States District Court